IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KYLE J. JOHNSON,                           )
                                           )
                    Plaintiff,             )
                                           )
          v.                               )    C.A. No. 25-1115-JLH-EGT
                                           )
JOHN DOE,                                  )
Correctional Officer,                      )
                                           )
                    Defendant.             )

## ORDER

At Wilmington, this 27th day of May 2026, having considered *de novo* the May 5, 2026 Report and Recommendation by United States Magistrate Judge Eleanor G. Tennyson (D.I. 10);

IT IS HEREBY ORDERED that Magistrate Judge Tennyson's Report and Recommendation (D.I. 10) is **ADOPTED**;

IT IS FURTHER ORDERED that the Amended Complaint (D.I. 9) is **DISMISSED with prejudice** for failure to state a claim;

IT IS FINALLY ORDERED that this case is **CLOSED** because amendment is futile.

_____
The Honorable Jennifer L. Hall
United States District Judge